IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:14cr334-MHT |
| | ) | (WO) |
| CHARNESHA ALEXANDER | ) | |

ORDER

It is ORDERED that defendant Charnesha Alexander's motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A) (Doc. 254) is denied (a) for the reasons set forth in the government's response to the motion (Doc. 258), (b) because the basis upon which she sought a sentence reduction does not constitute "extraordinary and compelling circumstances" as defined by Application Note 1 to United States Sentencing Guidelines § 1B1.13, which is binding on this court, *see generally United States v. Bryant*, 996 F.3d 1243 (11th Cir. 2021), and (c) because she has been released from prison, so her motion is now moot.

DONE, this the 13th day of February, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE