IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:14cr334-MHT |
| | ) | (WO) |
| CHARNESHA ALEXANDER | ) | |

**ORDER**

Upon consideration of defendant Charnesha Alexander's petition for early termination of supervised release (Doc. 302), the response of the government (Doc. 305), with which the Probation Office concurs, and the factors set forth in 18 U.S.C. § 3553(a), it is ORDERED that the motion is denied. The court finds that termination of supervised release would be inappropriate at this time because of the need to protect the public from possible future crimes of the defendant. However, Alexander should apply again for early termination after another 12 months or so if she continues to do well on supervision.

DONE, this the 27th day of February, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE